## SUNDAY CREEK COAL CO v WEST

Ohio Appeals, 5th Dist, Perry Co

Decided Nov 29, 1933

U. S. McGonagle, New Lexington, for plaintiff in error.

Vincent Tague, New Lexington, and Richard N. Larrimer, Columbus, for defendant in error.

For full opinion see 40 OLR 402; 192 NE 284; 47 Oh Ap 537.